# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 347 EAL 2023

            Respondent         :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

          v.                       :

                              :

NAZARIO BURGOS,                 :

                              :

            Petitioner           :

## ORDER

**PER CURIAM**

       **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.